PROB 12C
(6/16)

Report Date: January 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Gonzalez         Case Number: 0980 4:21CR06026-SMJ-1

Address of Offender:                      Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 17, 2018

| | | |
|---|---|---|
| Original Offense: | Prohibited Person in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 5, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 4, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1    **Special Condition # 7**: The defendant shall not possess, ingest or inhale any toxic substance such as, but not limited to, synthetic marijuana and synthetic stimulants that are not manufactured for human consumption, for the purpose of altering his mental or physical state.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using controlled substances fentanyl, heroin, and methamphetamine on or prior to June 23, 2020; methamphetamine on or prior to January 13, 2021, and April 12, 2021; methamphetamine and fentanyl on or prior to May 19, 2021; and methamphetamine on or prior to June 3, and July 29, 2021.

On February 7, 2020, the offender signed his Judgment in a Criminal Case stating he understood he could not use controlled substances.

For brevity, a complete synopsis and time line for each positive drug test is contained within the "Compliance with Supervision Conditions" section of the Violation Report.

Prob12C
Re: Gonzalez, Daniel
January 7, 2022
Page 2

2   **Special Condition # 3**: The defendant shall participate in and successfully complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation office. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Office.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for a chemical dependancy assessment on December 28, 2021.

On February 7, 2020, the offender signed his Judgment in a Criminal Case stating he understood he must complete a program of substance abuse treatment as approved by the United States Probation Office.

For brevity, a complete synopsis and time line for the above noted violation is contained within the "Compliance with Supervision Conditions" section of the Violation Report.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 7, 2022

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

01/07/2022
Date