PROB 12C
(6/16)

Report Date: June 17, 2022

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2022

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Gonzalez     Case Number: 0980 4:21CR06026-SMJ-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 17, 2018

| | | |
|---|---|---|
| Original Offense: | Prohibited Person in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (02/03/2022) | Prison - 2 months; TSR - 24 months | |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: March 18, 2022 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On March 18, 2022, Mr. Gonzalez reported to the U.S. Probation office after releasing from the Benton County Jail. A probation officer reviewed his Judgment and Sentence, and all mandatory, standard, and special conditions. Mr. Gonzalez signed the judgment indicating he understood his conditions, and was given a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Daniel Gonzalez is considered in violation of his term of supervised release as he failed to report as instructed by the probation officer since on or about June 8, 2022. |
| | On June 1, 2022, Mr. Gonzalez was contacted by telephone and he advised he had to move his trailer from the location he was residing, 907 Alder in Kennewick, Washington, as the owner was trying to forcibly remove him and the trailer from the property. Mr. Gonzalez |

Prob12C
**Re: Gonzalez, Daniel**
**June 17, 2022**
Page 2

advised he would move his trailer to Benton City, Washington, and needed this week to get that done, then he would focus on all of his supervision requirements. Due to this circumstance, he was afforded the opportunity to complete this task this week, and was instructed to contact this office the following week with his new address, and the status of his substance abuse evaluation.

On June 8, 2022, Mr. Gonzalez called this officer and left a voice mail message advising he was moving his trailer that day and the vehicle pulling the trailer broke down on the side of the road. He stated he was working on getting another vehicle to tow the trailer and would contact after.

This officer attempted to contact Mr. Gonzalez by telephone on June 14, 2022. He did not answer and a voice mail message was left advising him to contact this officer immediately in regards to his whereabouts. The undersigned also sent Mr. Gonzalez a text message advising of the voice mail message and instructing him to call me. He failed to contact this officer as instructed.

On June 16, 2022, this officer again attempted to contact Mr. Gonzalez by telephone and it went directly to voice mail. The undersigned left a message instructing him to contact me before 5pm this same day. Mr. Gonzalez failed to report as instructed and to date has not contacted this officer. His whereabouts is currently unknown.

2  **Standard Condition #9**: If you are arrested or have any official contact with a law enforcement officer in a civil or criminal investigative capacity, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Daniel Gonzalez is considered in violation of his term of supervised release as he failed to notify his probation officer of law enforcement contact on or about June 11, 2022.

On June 11, 2022, the probation office received a high-quality hit indicating Mr. Gonzalez's name had been run through the Benton County Sheriff's Office law enforcement database. According to dispatch information, a call was received regarding a suspicious person, and vehicles being on a private road. Mr. Gonzalez was one of the individuals contacted; however, no further information regarding the incident was available. Mr. Gonzalez failed to contact this officer within 72 hours as required regarding this law enforcement contact.

3  **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Daniel Gonzalez is considered in violation of his term of supervised release as he failed to comply with completing a substance abuse evaluation since on or about June 6, 2022.

Prob12C
**Re: Gonzalez, Daniel**
**June 17, 2022**
**Page 3**

On Mr. Gonzalez was referred to Merit Resource Services (Merit) to complete a substance abuse evaluation on March 23, 2022. Mr. Gonzalez reported for his initial assessment at Merit on March 31, 2022, and halfway through the assessment, he began stating he was not feeling good. He was instructed three times not to leave but he said he did not feel well and was going to leave. He was instructed to report back the following Tuesday, April 5, 2022, and provide a COVID test.

Mr. Gonzalez spoke to his supervising probation officer that same day and advised he was not feeling well and was told to leave. He was reminded to report for his intake on April 5, 2022, at 1pm as scheduled. He was also advised to provide proof of his COVID test.

On April 4, 2022, Mr. Gonzalez left a voice mail message with his supervising probation officer indicating he took an at-home COVID test which was positive. On April 5, 2022, his supervising officer contacted Mr. Gonzalez and requested proof of the positive test. He indicated he would go tomorrow and get one. On April 12, 2022, Mr. Gonzalez said his COVID test results were negative, but he lost the results.

From mid-April 2022, through May 2022, Mr. Gonzalez was continuously instructed to complete his substance abuse assessment with Merit. On April 28, 2022, he reported to Merit late and was turned away. On May 10, 2022, he reported he could not attend Merit because he had a family emergency and had to find his sister who was basically kidnaped. On May 17, 2022, this officer contacted Mr. Gonzalez to remind him to contact Merit. He advised he was hit in the face by a rock, had to pull out his tooth, and was in pain. After instructing him numerous times to see a doctor, Mr. Gonzalez stated he had an appointment on May 24, 2022. However, he did not attend the appointment, then declined to get medical care and advised he had a friend drain the abscess in his cheek.

As noted in violation 1, Mr. Gonzalez was required to move on June 1, 2022, and was given that week to do so. The following week he was to contact Merit and complete his assessment. Mr. Gonzalez has failed to report to probation and Merit, and since his release on March 23, 2022, has not complied with getting his substance abuse assessment completed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/17/2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
Re: Gonzalez, Daniel
June 17, 2022
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

06/17/2022
Date