PROB 12C
(6/16)

Report Date: August 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Gonzalez                Case Number: 0980 4:21CR06026-SMJ-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Benton City, Washington 99320

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: May 17, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Prohibited Person in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 30 months; TSR - 24 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (02/03/2022) | Prison - 2 months; TSR - 24 months | | |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: | March 18, 2022 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | March 17, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/17/2022.

On March 18, 2022, Mr. Gonzalez reported to the U.S. Probation office after releasing from the Benton County Jail. A probation officer reviewed his Judgment and Sentence, and all mandatory, standard, and special conditions. Mr. Gonzalez signed the judgment indicating he understood his conditions, and was given a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by failing to enter into a substance abuse treatment program since on or before August 22, 2022. |

On July 8, 2022, Mr. Gonzalez was referred to Merit Resources Services (Merit), to complete a substance abuse assessment and follow through with the recommended treatment. On July 21, 2022, Mr. Gonzalez reported to Merit and due to time constraints with the counselor, only a partial assessment was completed. He was scheduled to return to complete the rest of the assessment on August 1, 2022, at 1 p.m. On that date, Mr. Gonzalez sent this officer a text message at 12:20 p.m., asking when he had to go to Merit because he was at his mother's friend's house at that time getting a massage on his back as he had injured it. He indicated he called and left a message for his counselor.

This officer contacted Mr. Gonzalez numerous times by phone and/or text messages between August 3, to 10, 2022, instructing him to get his assessment completed. Mr. Gonzalez argued he had until September 8, 2022, which is the date of his revocation hearing. This officer admonished him and told him he was to be actively attending treatment counseling before his hearing to demonstrate compliance, and not just have the assessment done. On August 10, 2022, Mr. Gonzalez reported he had an appointment on August 11, 2022, at 12 p.m. Mr. Gonzalez contacted this officer at a later date and advised there was a misunderstanding about which Merit office he was to report to and the assessment was not completed, but he would get it done.

On August 22, 2022, Mr. Gonzalez called this officer to report he completed the assessment, but basically he sped it up and cut it short by telling the counselor he needed to enter detoxification and inpatient. This officer reminded of the required aftercare once he completed inpatient. Mr. Gonzalez made a comment about not being sure he could make it to classes. He stated he has been using controlled substances frequently and just needs inpatient.

On August 26, 2022, this officer confirmed with Merit an assessment was completed, however, not finalized. A summary of the possible recommendation would be for Mr. Gonzalez to enter into a detoxification facility and inpatient; however, neither one has been set up or agreed to.

5   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by using a controlled substance, fentanyl, on or about July 21, 2022.

Mr. Gonzalez reported to Merit for his assessment on July 21, 2022, at which time he submitted a drug test that was presumptive positive for fentanyl. It was sent to national laboratory, Alere, and was confirmed positive on August 3, 2022.

6   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by using controlled substances, fentanyl and methamphetamine, on or about July 29, 2022.

Prob12C
**Re: Gonzalez, Daniel**
**August 26, 2022**
**Page 3**

On July 29, 2022, Mr. Gonzalez reported to the probation office and submitted a drug test, which was presumptive positive for methamphetamine and fentanyl. Prior to submitting the test, Mr. Gonzalez admitted he had used fentanyl. Confirmation was received from Alere on August 8, 2022, confirming the test was positive for fentanyl and methamphetamine.

7     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by using a controlled substance, fentanyl, on or about August 3, 2022.

Mr. Gonzalez contacted this officer on August 3, 2022, to advise he "messed up his back more and it was hard to walk." He said his color was called on the Merit color line on this date, but he could not make it. He admitted to being in so much pain he took pills from an old prescription he had for oxycodone. This officer asked Mr. Gonzalez to provide proof of the medication he used, and to take a photograph of the pill bottle and send it via a text message. Mr. Gonzalez stated the bottle was at his mother's house and he could not get it. He then got upset, stated he had an addiction problem, and admitted to this officer he had used fentanyl. He was advised he could miss the drug test at Merit on this date since he admitted to actively using fentanyl; however, he was instructed to get his assessment completed and start treatment as soon as possible.

8     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by failing to report for drug testing on August 18, 2022.

Mr. Gonzalez was referred to the Merit color line for random drug testing and was to report for a test when the color brown was called. On August 18, 2022, the color brown was called at Merit, and Mr. Gonzalez failed to report to Merit to submit a drug test. He did not contact this officer with a reason for his failure to report.

9     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by using a controlled substance, fentanyl, from on or about August 4, to 22, 2022.

Mr. Gonzalez contacted this officer by telephone on August 22, 2022, to advise he completed an assessment at Merit, but he sped up the process and told the counselor he needed to enter a detoxification center and inpatient. Mr. Gonzalez advised this officer he has been using fentanyl almost daily since he has been out and cannot stop. He stated the only time he has able to remain clean was when he was in jail.

Prob12C
Re: Gonzalez, Daniel
August 26, 2022
Page 4

| | | |
|---|---|---|
| | 10 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

        **Supporting Evidence**: Mr. Gonzalez is considered in violation of his term of supervised release by failing to report for drug testing on August 25, 2022.

        Mr. Gonzalez was referred to the Merit color line for random drug testing and was to report for a test when the color brown was called. On August 25, 2022, the color brown was called at Merit, Mr. Gonzalez failed to report to Merit to submit a drug test. He did not contact this officer with a reason for his failure to report.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 26, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer

---

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

08/29/2022
Date