# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 23, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Gonzalez, Daniel | Docket No. | 0980 4:21CR06026-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW  SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Daniel Gonzalez, who was placed under pretrial release supervision by the Honorable Alexander A. Ekstrom,  sitting in the court at Richland, Washington, on the 22nd day of September 2022, under the following conditions:

**Release Condition #3**: Defendant shall be temporarily released from Benton County Jail to his mother or sister on or after Thursday, September 22, 2022, at 8 a.m. and shall proceed directly to and enter treatment at The Center in Wenatchee, Washington.

**Release Condition #5**:  Defendant shall be returned to the custody of the U.S. Marshals upon completion of treatment, absent further order of the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

Violation #1: Daniel Gonzalez is considered in violation of his pretrial release by failing to enter into treatment at The Center on or about September 22, 2022.

Mr. Gonzalez released from the Benton County Jail shortly after 8 a.m., on September 22, 2022, and was released to his mother, Maria Gonzalez, to transport him to The Center.  After leaving the jail, Mr. Gonzalez advised his mother that he wanted his girlfriend to transport him to the facility.  Mr. Gonzalez arrived at The Center at approximately 11:43 a.m. and before entering, he called this officer to advise he was there and to ask if the facility tested for COVID.  He was advised he would be tested.

Mr. Gonzalez submitted to an onsite rapid COVID test, which was negative.  He noted he was questioned about being around or exposed to anyone with COVID, and he advised the staff at The Center that he was around other inmates in his cell pod that had COVID.  He was therefore denied admission into the facility and was told he could return the following Monday, September 26, 2022, and submit to another COVID test.

Both Mr. Gonzalez and The Center counselor contacted this officer by telephone. Mr. Gonzalez said he was turned away because he had a runny nose and because he was around individuals with COVID at the jail.  This officer confirmed with the U.S. Marshals Service, who recently inspected the Benton County Jail, that there are no inmates currently at the jail with COVID.  Additionally, neither Mr. Gonzalez nor the jail staff advised this officer prior to his release that he had been exposed to COVID or had symptoms.

Violation #2: Daniel Gonzalez is considered in violation of his pretrial release by failing to return to the Benton County jail by 5:30 p.m., on or about September 22, 2022.

As noted in violation #1, Mr. Gonzalez did not enter inpatient treatment as scheduled on September 22, 2022.  The Court was advised, and per the Court's direction, this officer instructed Mr. Gonzalez to return to the Benton County Jail by 5:30 p.m., as he was not in treatment. This officer contacted the Benton County Jail at 6 p..m. and confirmed Mr. Gonzalez failed to return to the jail as instructed.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

**Re: Gonzalez, Daniel**
**September 23, 2022**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: _____September 23, 2022_____

by    s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Pretrial Services Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

_____9/23/2022_____
Date